# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa J. Borzick<br>　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　Movant<br>　　vs.<br><br>Melissa J. Borzick<br>　　　　　Debtor(s)<br>Douglas A. Bristol<br>　　　　　Co-Debtor<br><br>William C. Miller Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-14015 ELF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 29th day of October, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362 and 1301, is **MODIFIED** with respect to the subject premises located at 65 Potts Drive, Pottstown, PA 19464 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**