United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-14015-elf
Melissa J. Borzick                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: Dec 18, 2019
                              Form ID: pdf900      Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
```
db              +Melissa J. Borzick,    65 Potts Drive,    Pottstown, PA 19464-6415
cr              +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                  Coppell, TX 75019-4620
14346766        +Amerifinancial Solutio,    Po Box 65018,    Baltimore, MD 21264-5018
14346767        +Amerisol,   Po Box 65018,    Baltimore, MD 21264-5018
14346768        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
14363234         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14346771        +Commercial Acceptance,    2 W. Main St,    Shiremanstown, PA 17011-6326
14346772        +Credit Control Corp,    11821 Rock Landing Drive,    Newport News, VA 23606-4225
14346773        +Doug Bristol,    960 Hale Street, Apt B,    Pottstown, PA 19464-4054
14346774        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14346776        +Jpmcb Card,    Po Box 15298,    Wilmington, DE 19850-5298
14346778        +KML Law Group PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14346777        +Keith Golub, Esq,    Hayt, Hayt & Landau LLC,    2 Industrial Way West,    PO Box 500,
                  Eatontown, NJ 07724-0500
14346782        +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
14346783        +Mr. Cooper,    1603 LBJ Freeway, Suite 500,    Dallas, TX 75234-6071
14382854        +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14383000        +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Kevin G. McDonald, Esquire,
                  KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14350072        +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Kevin S. Frankel, Esquire,
                  Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14378703        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14346788        +Sca Collections Greenv,    300 E Arlington Bd,    Greenville, NC 27858-5043
14346793        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:46     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:16
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:06     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14346765        +E-mail/Text: bkrpt@retrievalmasters.com Dec 19 2019 03:36:30     Amca,    2269 S Saw Mill,
                  Elmsford, NY 10523-3832
14346769         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 03:42:49
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14346770        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2019 03:36:06     Comenitybank/ny&co,
                  Po Box 182789,    Columbus, OH 43218-2789
14346775         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 03:36:37     Jefferson Capital Syst,
                  16 Mcleland Rd,    Saint Cloud, MN 56303
14372029         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 03:36:37     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
14346779        +E-mail/Text: bncnotices@becket-lee.com Dec 19 2019 03:36:00     Kohls/capone,    Po Box 3115,
                  Milwaukee, WI 53201-3115
14346780        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:43:14     LVNV Funding LLC,
                  Po Box 1269,    Greenville, SC 29602-1269
14375818         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:42:55     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14361030         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 03:42:53     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14346781        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 03:42:52     Merrick Bank Corp,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
14373583        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 03:36:30     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14346784        +E-mail/PDF: cbp@onemainfinancial.com Dec 19 2019 03:43:24     Onemain,    Po Box 1010,
                  Evansville, IN 47706-1010
14355200        +E-mail/PDF: cbp@onemainfinancial.com Dec 19 2019 03:43:05     Onemain,    PO Box 3251,
                  Evansville, IN 47731-3251
14381626         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:29
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14346785        +E-mail/Text: paparalegals@pandf.us Dec 19 2019 03:37:14     Patenaude & Felix,
                  501 Corporate Drive Southpointe,    Suite 205,    Canonsburg, PA 15317-8584
14346786        +E-mail/Text: paparalegals@pandf.us Dec 19 2019 03:37:14     Patenaude & Felix APC,
                  501 Corporate Drive,    Southpointe Center, Suite 205,    Canonsburg, PA 15317-8584
14346787        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:31
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Dec 18, 2019
                             Form ID: pdf900           Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14370676        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 03:36:38      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14378740         E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:10
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14346789        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:42:46      Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
14346790        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:42:46      Syncb/care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
14346791        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:24      Syncb/gapdc,   Po Box 965005,
                 Orlando, FL 32896-5005
14346792        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:25      Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
14348090        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14364503        +E-mail/Text: bncmail@w-legal.com Dec 19 2019 03:36:36      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                          TOTAL: 29


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14349650         Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Blvd, Coppell, Texas
                                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
```
        JOSEPH L QUINN   on behalf of Debtor Melissa J. Borzick CourtNotices@rqplaw.com
        KEVIN G. MCDONALD   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                    **Chapter 13**
MELISSA J BORZICK


           **Debtor**                         **Bankruptcy No.** 19-14015-ELF

# O R D E R


      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




**Date: December 18, 2019**

                                        _____
                                              Eric L. Frank
                                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-


Debtor:
MELISSA J BORZICK

65 POTTS DRIVE

POTTSTOWN, PA 19464-